### 43894. J. H. OLDEN REALTY COMPANY v. INTCO CORPORATION.
(353 SE2d 814)

WELTNER, Justice.

The complex factual setting of this case need not be set out here, as this holding addresses but one of several potential issues. Under Intco's theory, the entire 60-day contractual period might expire without Olden's having notice or knowledge of its rights. This cannot be, and the motion for grant of summary judgment properly should have been denied.

*Judgment reversed. All the Justices concur, except Smith, J., who dissents.*

DECIDED JANUARY 28, 1987.

*Gambrell, Clarke, Anderson & Stolz, David H. Gambrell, Robert D. Feagin, Gary A. Barnes,* for appellant.
*Fine & Black, Paul R. Jordan,* for appellee.